Order entered January 17, 2014



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-00967-CR
No. 05-13-00968-CR

**CECILIA CERDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-33135-U, F13-33098-U**

## ORDER

The Court **REINSTATES** the appeal in cause no. 05-13-00968-CR

On January 8, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed in cause no. 05-13-00968-CR. However, the reporter's record has been filed. Therefore, we conclude findings are not necessary and we **VACATE** the January 8, 2014 order requiring findings.

We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
            JUSTICE